AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JAMES JENKINS, III
*also known as* James Jenkins
    Petitioner

v.  Civil Action No. 3:23-cv-293

WARDEN, *Indiana State Prison*
    Respondent

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff (*name*) _____ recover from the defendant (*name*) _____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of _____%, plus post-judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant (*name*) _____ recover costs from the plaintiff (*name*) _____ .

**X** Other:    The Petition for Writ of Habeas Corpus is DENIED.   Petitioner is DENIED leave to appeal in forma pauperis.

This action was (*check one*):

☐ tried to a jury with _____

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by  Chief Judge Jon E DeGuilio on Petition for Writ of Habeas Corpus

DATE:  4/26/2023          CHANDA J. BERTA, ACTING CLERK OF COURT

                                        by    /s/ S. Kowalsky
                                            *Signature of Clerk or Deputy Clerk*